UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L. TUCKER,

Plaintiff,

v.

KANDULSKI, ET AL.,

Defendants.

_____/

Case No. 15-cv-11117

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
PATRICIA T. MORRIS

**OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION [20] AS MOOT**

On September 28, 2015, Plaintiff L. Tucker filed a Motion for Reconsideration [20] as to the Court's Order Accepting and Adopting Report and Recommendations [16]. Plaintiff argues that he has proof of timely mailing of his Objection to Report and Recommendation [18], filed twelve days after the deadline for submission. Dkt. No. 20 at ¶ 4.[1]

Plaintiff's motion has been rendered moot by the Court's thoroughly consideration of Plaintiff's Objection to Report and Recommendation [18] in its Opinion and Amended Order Accepting and Adopting Report and Recommendations [19], published prior to receipt of Plaintiff's motion on September 28, 2015.

---

[1] Plaintiff cites to Exhibits A–D; however, no exhibits were attached to the motion the Court received. The same day his Motion for Reconsideration was filed, he also filed a second Objection to Report and Recommendation [21], which has "Ex-A" written in the bottom margins. This second document was unable to be considered by the Court due to the poor quality of the original and illegibility.

-1-

-2-

Accordingly, for the reasons discussed, the Court **HEREBY DENIES** Defendant's Motion for Reconsideration [20] as **MOOT**.

IT IS SO ORDERED.

Dated: September 29, 2015

/s/Gershwin A Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge